ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAMLESH NAVNITLAL SHAH,

Defendant.

CASE NO. 2:26-cr-0202 AC

18 U.S.C. § 611 – Voting by an Alien in a Federal Election (One Count)

INFORMATION

COUNT ONE: [18 U.S.C. § 611 – Voting by an Alien in a Federal Election]

The United States Attorney charges: T H A T

KAMLESH NAVNITLAL SHAH,

defendant herein, an alien, and citizen and national of India, and lawful permanent resident of the United States, and having registered to vote in 2024 and declaring that he was a United States citizen, and fully knowing he was not a United States citizen, on or about November 5, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and

///

Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated:

ERIC GRANT
United States Attorney

By: */s/ Kevin C. Khasigian*
KEVIN C. KHASIGIAN
Assistant United States Attorney

**United States v. KAMLESH NAVNITLAL SHAH**
**Penalties for Information**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)